445 A.2d 103

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**James Russell MATTHEWS.**

Supreme Court of Pennsylvania.

Submitted April 19, 1982.

Decided May 19, 1982.

Ernest D. Preate, Jr., Dist. Atty., Robert J. Farrell, Asst. Dist. Atty., for appellant.

Daniel-Paul Alva, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Appeal, 273 Pa.Super. 374, 417 A.2d 696, dismissed as having been improvidently granted.